FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LATALIA PATTERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETERSON ENTERPRISES, INC., a Washington collection agency, doing business pursuant to UBI No. 601438603,<br><br>Defendant. | NO: 2:18-CV-161-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Stipulated Motion to Dismiss Case with Prejudice, ECF No. 28. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Dismiss Case with Prejudice, **ECF No. 28**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** January 10, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge